# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISA CELESTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOCUMENT TECHNOLOGIES, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-07396-VC<br><br>**REMAND ORDER**<br><br>Re: Dkt. No. 14 |

Celestino's motion to remand the case to San Francisco Superior Court (Dkt. No. 10) is granted. There is no diversity jurisdiction, because Celestino and defendant Leonard Liang are both citizens of California. Epiq argues that Liang is a sham defendant who was fraudulently joined to Celestino's suit to defeat diversity jurisdiction. But Epiq has not shown "actual fraud in the pleading of jurisdictional facts," or that there is "no possibility" that Celestino could state a cause of action against Liang, even if granted leave to amend. *See GranCare, LLC v. Thrower*, 889 F.3d 543, 548–50 (9th Cir. 2018). The Clerk of the Court is directed to remand the case to San Francisco Superior Court.

    **IT IS SO ORDERED.**

Dated: January 17, 2019

VINCE CHHABRIA
United States District Judge